# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D21-1796
_____

BLAKE THURMAN and SAMANTHA
THURMAN,

Appellants,

v.

DEBBIE ROSE DAVIS, f/k/a Debbie
Rose Thurman,

Appellee.

_____

On appeal from the Circuit Court for Washington County.
Timothy Register, Judge.

September 8, 2021

PER CURIAM.

DISMISSED.

B.L. THOMAS, M.K. THOMAS, and LONG, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Jeremy A. Mutz of the Law Office of Jeremy A. Mutz, Chipley, for Appellants.

No appearance for Appellee.